| AO 10<br>Rev. 1/2012 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2011 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Merz, Michael R. | 2. Court or Organization<br><br>District Court for the Southern District of Ohio | 3. Date of Report<br><br>05/06/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Magistrate Judge (recalled full time) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2011<br>to<br>12/31/2011 |

| 7. Chambers or Office Address<br><br>Room 501<br>200 West Second Street<br>Dayton, Ohio 45402 |
|---|

| **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*<br>*checking the NONE box for each part where you have no reportable information. Insert signature on last page.* |
|---|

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee and secretary | East End Community Services Corporation |
| 2. Trustee and secretary-treasurer | Dayton Metro Library Foundation |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Merz, Michael R. | 05/06/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2011 | does invidual spiritual direction on a fee-foservice basis |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | U.S. Conference of Catholic Bishops | 6/1/2011-11/15/2011 | Seattle, Washington & Baltimore, MD | Meetings about child sexual abuse by clerics | Air fare, lodging and meals - some paid to me, balance to vendors |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Merz, Michael R. | 05/06/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

**✔** NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

**✔** NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Merz, Michael R. | 05/06/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | New Perspective Fund shares | A | Int./Div. | L | T | | | | | |
| 2. | Growth Fund of America shares | A | Int./Div. | L | T | | | | | |
| 3. | Washington Mutual Investors Fund shares | B | Int./Div. | L | T | | | | | |
| 4. | Fidelity Advisors Tech Fund shares | | None | K | T | | | | | |
| 5. | Stifel Nicolaus IRA Fidelity Adv Tech Fund Class T (n.4 | | None | | | Sold | 06/07/11 | J | D | |
| 6. | Fidelity Adv. Tech Fund Class T | | None | J | T | | | | | |
| 7. | Bank of America CD | A | Interest | K | T | | | | | |
| 8. | Stifel Nicolaus Money Fund | A | Interest | J | T | | | | | |
| 9. | Ally Bank CD X | A | Interest | K | T | Buy | 04/22/11 | K | | |
| 10. | Fifth Third Bank (n.1 - part VIII | A | Interest | K | T | | | | | |
| 11. | St. Helen Federal Credit Union (n.2 Part VIII) | A | Interest | J | T | | | | | |
| 12. | John Hancock Life Insurance cash value policy (n.3 Part VIII | A | Int./Div. | J | U | | | | | |
| 13. | MetLife life insurance cash value policy (n.3 Part VIII) | A | Int./Div. | K | U | | | | | |
| 14. | IRA #1 (Stifel, Nicolaus) | D | Int./Div. | O | T | Buy (add'l) | 05/04/11 | O | | Rollover from TSP |
| 15. | - AT&T common shares | | | | | Buy | 07/13/11 | J | | |
| 16. | | | | | | Buy (add'l) | 08/02/11 | J | | |
| 17. | - Abbott Laboratories common shares | | | | | Buy | 07/18/11 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Merz, Michael R. | 05/06/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Alcoa common shares | | | | | Buy | 06/15/11 | J | | |
| 19. | | | | | Buy (add'l) | 12/28/11 | J | | |
| 20. - Amgen common | | | | | Buy | 07/13/11 | J | | |
| 21. - Apple common | | | | | Buy | 06/15/11 | K | | |
| 22. | | | | | Buy (add'l) | 07/14/11 | J | | |
| 23. | | | | | Sold (part) | 07/27/11 | J | B | |
| 24. - Applied Materials common | | | | | Buy | 07/13/11 | J | | |
| 25. | | | | | Buy (add'l) | 07/14/11 | J | | |
| 26. | | | | | Buy (add'l) | 11/23/11 | J | | |
| 27. | | | | | Sold (part) | 11/11/11 | J | A | |
| 28. - Avery Denison common | | | | | Buy | 08/08/11 | J | | |
| 29. - Bank of NY Mellon common | | | | | Buy | 08/03/11 | J | | |
| 30. - Broadcom Class A common | | | | | Buy | 07/13/11 | J | | |
| 31. | | | | | Buy (add'l) | 07/15/11 | J | | |
| 32. - Campbell Soup common | | | | | Buy | 07/13/11 | J | | |
| 33. | | | | | Buy (add'l) | 07/15/11 | J | | |
| 34. - Celgene Corp. common | | | | | Buy | 07/18/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Merz, Michael R. | 05/06/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold | 09/22/11 | J | A | |
| 36. - Century Link common | | | | | Buy | 07/14/11 | J | | |
| 37. - Cisco Systems common | | | | | Buy | 08/05/11 | J | | |
| 38. - Computer Sciences Corp. common | | | | | Buy | 08/08/11 | J | | |
| 39. | | | | | Buy (add'l) | 08/18/11 | J | | |
| 40. | | | | | Buy (add'l) | 11/21/11 | J | | |
| 41. - Direct TV Class A common | | | | | Buy | 08/10/11 | J | | |
| 42. - Dow Chemical Common | | | | | Buy | 09/30/11 | J | | |
| 43. - Entergy Corp. new common | | | | | Buy | 08/08/11 | J | | |
| 44. | | | | | Sold | 09/22/11 | J | A | |
| 45. - Exelon Corp. common | | | | | Buy | 07/13/11 | J | | |
| 46. | | | | | Buy | 07/15/11 | J | | |
| 47. | | | | | Sold | 07/15/11 | J | A | |
| 48. - Exxon Mobil common | | | | | Buy | 07/14/11 | K | | |
| 49. - Federated Ins PA Class B common | | | | | Buy | 11/25/11 | J | | |
| 50. | | | | | Buy (add'l) | 12/28/11 | J | | |
| 51. - Frontier Communications common | | | | | Buy | 12/08/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Merz, Michael R. | 05/06/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Gilead Sciences common | | | | | Buy | 08/10/11 | J | | |
| 53. - Goodyear Tire & Rubber common | | | | | Buy | 10/04/11 | J | | |
| 54. - Hospira common | | | | | Buy | 11/29/11 | J | | |
| 55. - Intel Corp. common | | | | | Buy | 08/19/11 | J | | |
| 56. | | | | | Sold | 09/22/11 | J | A | |
| 57. - JP Morgan Chase common | | | | | Buy | 06/30/11 | J | | |
| 58. | | | | | Buy (add'l) | 09/22/11 | J | | |
| 59. - Johnson & Johnson common | | | | | Buy | 07/21/11 | J | | |
| 60. - Kellogg common | | | | | Buy | 07/13/11 | J | | |
| 61. - Kimberly Clark common | | | | | Buy | 07/13/11 | J | | |
| 62. | | | | | Sold | 09/22/11 | J | A | |
| 63. - Leggett & Platt common | | | | | Buy | 07/18/11 | J | | |
| 64. - Logitech Intl SA Namen AKY | | | | | Buy | 07/13/11 | J | | |
| 65. | | | | | Sold | 08/05/11 | J | | |
| 66. - Mantech Intl Corp. common | | | | | Buy | 06/30/11 | J | | |
| 67. | | | | | Sold | 09/22/11 | J | | |
| 68. - MEMC Electronic Materials common | | | | | Buy | 06/15/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Merz, Michael R. | 05/06/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 08/19/11 | J | | |
| 70. | | | | | Buy (add'l) | 12/28/11 | J | | |
| 71. - Microsoft common | | | | | Buy | 06/15/11 | K | | |
| 72. - PPL Corp. common | | | | | Buy | 07/14/11 | J | | |
| 73. - People United Financial common | | | | | Buy | 08/05/11 | J | | |
| 74. - Pitney Bowed common | | | | | Buy | 07/15/11 | J | | |
| 75. - Potash Corp. of Saskatchewan common | | | | | Buy | 06/30/11 | J | | |
| 76. - Quest Diagnostics common | | | | | Buy | 08/10/11 | J | | |
| 77. - Robert Half Intl common | | | | | Buy | 06/15/11 | J | | |
| 78. | | | | | Sold | 11/10/11 | J | A | |
| 79. - Royal Dutch Shell PLC sponsored ADR Repstg A common | | | | | Buy | 07/15/11 | J | | |
| 80. - Schlumberger common | | | | | Buy | 09/22/11 | J | | |
| 81. - Staples common | | | | | Buy | 08/08/11 | J | | |
| 82. -State Street Corp. common | | | | | Buy | 07/15/11 | J | | |
| 83. | | | | | Sold | 08/04/11 | J | | |
| 84. - Supervalu common | | | | | Buy | 07/29/11 | J | | |
| 85. - Washington REIT SB1 | | | | | Buy | 09/22/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Merz, Michael R. | 05/06/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - Xerox common | | | | | Buy | 07/13/11 | J | | |
| 87. | | | | | Buy (add'l) | 07/15/11 | J | | |
| 88. | | | | | Buy (add'l) | 08/18/11 | J | | |
| 89. - Logitech Intl SA Namen AKT | | | | | Buy | 07/13/11 | J | | |
| 90. - Flextronics Intl | | | | | Buy | 07/13/11 | J | | |
| 91. | | | | | Buy (add'l) | 07/14/11 | J | | |
| 92. - Ishares Trust S&P US PFD Stock Index Fund | | | | | Buy | 08/04/11 | J | | |
| 93. | | | | | Buy (add'l) | 08/05/11 | J | | |
| 94. - Market Vectors ETF TR - Rare Earth Strategic Metals ETF | | | | | Buy | 07/18/11 | J | | |
| 95. - Bancorpsouth Capital Trust I Trups Pfd 8.15% | | | | | Buy | 07/28/11 | J | | |
| 96. | | | | | Buy (add'l) | 08/08/11 | J | | |
| 97. - Wachovia Capital Trust IX GTD Trust Pfd Secs 6.375% | | | | | Buy | 07/29/11 | J | | |
| 98. - Invesco Van Kampen Trut Investment Grade Municipals | | | | | Buy | 07/21/11 | J | | |
| 99. - Nuveen Dividend Advantage Municipal Fund | | | | | Buy | 07/27/11 | K | | |
| 100. - Nuveen Dividend Advantage Municipal Fund II | | | | | Buy | 07/27/11 | J | | |
| 101. - Nuveen Municipal Value Fund | | | | | Buy | 07/21/11 | K | | |
| 102. - Merck & Co. new common | | | | | Buy | 07/14/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Merz, Michael R. | 05/06/2012 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sold | 12/30/11 | J | | |
| 104.  - Molex common | | | | | Buy | 08/08/11 | J | | |
| 105. | | | | | Sold | 12/30/11 | J | | |
| 106.  - Raytheon Co new common | | | | | Buy | 08/04/11 | J | | |
| 107. | | | | | Sold | 12/30/11 | J | | |
| 108.  - Stifel Nicolaus Insured Bank Program Money Market | | | | | Open | 05/04/11 | L | | |
| 109. | | | | | | | | | |
| 110. | | | | | | | | | |
| 111. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Merz, Michael R. | 05/06/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

n.1  Fifth Third checking and savings acoounts were not reportable in 2010 - balance below threshold.Cash deposit from final paycheck and refund of FERS contributions in excess of needed contribution toJRS.  Held in cash for taxes.

n.2 income and balance below reporitng threshold 12/31/2010

n.3 both of these whole life policies were acquired before 1970 but were not previously reported because I did not previously advert to the fact that life insurance contracts were reportable

n.4 This asset was the only asset in IRA No. 1 prior to the TSP rollover and is not reported with the other assets because it was disposed of in 2011.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Michael R. Merz**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544